UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARISSE SAMANTHA MOORE,<br><br>                              Plaintiff,<br><br>             -against-<br><br>STATE OF GEORGIA, et al.,<br><br>                             Defendants. | 24cv5545 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the September 5, 2024, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 10, 2024
             New York, New York

                                                /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                             Chief United States District Judge